COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Marquesha Williams v. 16303 Imperial LLC

Appellate case number:    01-19-00914-CV

Trial court case number:  1143136

Trial court:              County Civil Court at Law No. 1 of Harris County

Appellant is appealing a judgment awarding possession of leased premises to appellee. The clerk's record has been filed and it contains appellant's statement of inability to afford payment of court costs, filed on October 2, 2019. *See* TEX. R. CIV. P. 145(a). The record contains no contest or order by the trial court requiring appellant to pay costs. *See* TEX. R. CIV. P. 145(f). The status of inability to afford court costs carries forward on appeal if the trial court does not sign an order overruling the party's claim of indigence. *See* TEX. R. APP. P. 20.1(a).

Because appellant filed a statement of inability and no court order requires her to pay the costs of the appellate record, appellant need not pay the fee for the appellate record. *See* TEX. R. CIV. P. 145(a), (c). Appellant is also not required to pay the filing fees in this Court. *See* TEX. R. CIV. P. 145(c); TEX. R. APP. P. 20.1(a).

It is so ORDERED.


Judge's signature: ___/s/ Richard Hightower_____
                    ☑ Acting individually    ☐ Acting for the Court


Date:   __November 26, 2019___